JUAN B. RODRIGUEZ, Respondent, v. HUGH J. SHEERAN, as Receiver of NEW YORK RAILWAYS COMPANY, Appellant.— Order modified by allowing preference

over issues noticed for the same term only, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.